# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09 CV 443

| | |
|---|---|
| STEELCASE INC., | ) |
|     Plaintiff | ) |
| V | )     **ORDER** |
| M. B. HAYNES CORPORATION, | ) |
|     Defendant | ) |

**THIS MATTER** is before the court on Thomas R. Bell's Application for Admission to Practice *Pro Hac Vice* of Marc J. Meister. It appearing that Marc J. Meister is a member in good standing with the Ohio Bar and will be appearing with Thomas R. Bell, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Thomas R. Bell's Application for Admission to Practice *Pro Hac Vice* (#54) of Marc J. Meister is **GRANTED**, and that Marc J. Meister is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Thomas R. Bell.

Signed: July 27, 2011

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge