THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv443

| | |
|---|---|
| STEELCASE, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>M.B. HAYNES CORPORATION, )<br>)<br>Defendant. )<br>) | JUDGMENT |

**THIS MATTER** came to for trial during the September 12, 2011, mixed term of this Court and was heard by the undersigned judge, and a jury was duly empaneled and has answered the issues presented as follows:

Was any negligence on the part of the Defendant M.B. Haynes Corporation a proximate cause of the injury to Maxine Shelton?

Answer: No.

The jury was instructed that if they answered the above question "No" that they were not to proceed to a second question of whether the Plaintiff, Steelcase, Inc., was passively negligent in causing the injury to Maxine Shelton while Defendant M.B. Haynes corporation was actively negligent in

causing the injury to Maxine Shelton. Such second question was, therefore, not answered by the jury.

The Court therefore concludes that the Plaintiff is not entitled either contribution or indemnity from the Defendant, and therefore the Plaintiff may not recover any judgment against the Defendant by way of this action.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** as follows:

1. That the Plaintiff, Steelcase, Inc. shall have and recover nothing of the Defendant, M.B. Haynes Corporation by way of this action, and

2. This action is hereby **DISMISSED**; and

3. The costs of this action shall be taxed against the Plaintiff.

Signed: September 29, 2011

Martin Reidinger
United States District Judge